COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| BILLIE JARMON, CYNTHIA JARMON, AND ALL OTHER OCCUPANTS OF 329 SUFFOLK DR., GRAND PRAIRIE, TEXAS 75052, | § § § § | No. 08-12-00213-CV<br><br>Appeal from the<br><br>County Court at Law No. 4 |
| Appellants, | § | |
| v. | § | of Dallas County, Texas |
| | § | |
| FEDERAL NATIONAL MORTGAGE ASSOCIATION A/K/A FANNIE MAE, | § | (TC# CC-12-02297-D) |
| Appellee. | § | |

**MEMORANDUM   OPINION**

This case is before the Court on our own motion to determine whether it should be dismissed for want of prosecution.   We dismiss.

On August 23, 2012, Appellants requested that this Court delay dismissal of their appeal while they sought new counsel.   The Clerk of this Court notified Appellants that the Court would retain the case on its docket and permit Appellants forty-five (45) days from the date of the Clerk's letter to retain new counsel.   In a follow-up letter, the Clerk of this Court notified Appellants that, as of October 22, 2012, no response from Appellants regarding new counsel had been received, and informed Appellants of the Court's intent to dismiss their appeal for want of prosecution within ten (10) days from the date of that letter unless any party could show grounds to continue the appeal, pursuant to Rule 42.3 of the Texas Rules of Appellate Procedure.   No party responded to this letter.

Pursuant to TEX.R.APP.P. 42.3 (b) and (c) we dismiss this case for want of prosecution.

November 28, 2012

CHRISTOPHER ANTCLIFF, Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.